IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MARK HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BROKERS CONDUIT, a New York Corporation, *et al.*,<br><br>Defendants, | **ORDER and<br>MEMORANDUM DECISION**<br><br><br><br>Case No. 2:10-cv-896 CW |

Now before the court is pro se Plaintiff's motion to reconsider its order granting the motion to dismiss in this case. (Dkt. No. 16.) Even "liberally" construing Plaintiff's motion, the court cannot identify any clear reason that would justify reconsidering its order. *Ledbetter v. City of Topeka, Kan.*, 318 F.3d 1183, 1187 (10th Cir. 2003). Accordingly, his motion is DENIED.

SO ORDERED this 28th day of April, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge